UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. HERRERA, | : | |
| | : | CIVIL ACTION NO. 3:22-1946 |
| Petitioner | : | |
| | : | (JUDGE MANNION) |
| v. | : | |
| | : | |
| WARDEN ORZEN, | : | |
| | : | |
| Respondent | : | |

---

| | | |
|---|---|---|
| JEFFREY E. HERRERA., | : | |
| | : | CIVIL ACTION NO. 3:22-1947 |
| Petitioner | : | |
| | : | (JUDGE MANNION) |
| v. | : | |
| | : | |
| PA BD. OF PROB AND PAROLE, | : | |
| | : | |
| Respondent | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petitions for writ of habeas corpus (Doc. 1) are **DISMISSED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).[1]

3. The Clerk of Court is directed to **CLOSE** these cases.

---

[1] Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.

4. Petitioner's motion for relief from judgment (Doc. 15) is **DISMISSED** as moot.

                                                          **MALACHY E. MANNION**
                                                          **United States District Judge**

**DATE: April 28, 2023**
22-1946-01